DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUALITY INVESTMENT HOMES, INC.,** a Florida Corporation,
Appellant,

v.

**PATRICK DESTRAT,**
Appellee.

No. 4D21-938

[November 4, 2021]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; Olga Gonzalez-Levine, Judge; L.T. Case No. 20-9793 COWE (80).

William A. Treco of Tepps Treco, Plantation, for appellant.

Patrick Destrat, Sunrise, pro se.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***